# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2017

153609 (16)

JOSEPH CONSTANT,
      Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

_____/

Stephen J. Markman,
*Chief Justice*

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
*Justices*

SC: 153609
AGC: 1770-15

      On order of the Court, the motion for reconsideration of this Court's November 18, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2017

t0227

Clerk